IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| EARL LAMONT BROWN | : | NO. 96-539-7 |

<u>ORDER</u>

AND NOW, this 27th day of June 2024, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the unopposed motion of Earl Lamont Brown for early termination of his supervised release (Doc. # 1340) is GRANTED, effective immediately.

BY THE COURT:

/s/   Harvey Bartle III
                                                J.